# EXHIBIT 1



"MORE FOR YOUR DOLLAR"

# MARKET BASKET®

*All Natural, Freshly Frozen*

## Tilapia

BEST BY AUG 2011

Net Wt. 16-oz. 454g

# Baked Almond Tilapia

- 1 medium onion (sliced) • 1 bay leaf • 4 Tilapia fillets • 1/4 tsp. salt
- dash of pepper • pinch of thyme • 1/4 c. blanched almonds (slivered)
- 1 tbls. oil • 1 small onion (grated) • 1 tsp. grated lemon rind
- 1 tbls. minced parsley • 1 tbls. white wine • 1 chicken bouillon cube

Place onion slices and bay leaf in shallow baking dish. Season fillets with salt, pepper and thyme; place on top of onion slices. In a small skillet, brown almond slivers lightly in oil. Add onion, lemon rind, parsley and wine. Dissolve bouillon cube in 1/4 cup boiling water and add to sauce. Blend thoroughly and pour over fish. Bake in 350° oven for 30 minutes. Makes 4 servings.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side, depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

## Nutrition Facts

Serving size: 6 oz. (169.8g)
Servings per container: 4

**Amount Per Serving**

**Calories:** 98   Calories from Fat: 9

| | % Daily Value* |
|---|---|
| **Total Fat:** 1g | 2% |
| Saturated Fat: 0.5g | 3% |
| **Cholesterol:** 55mg | 18% |
| **Sodium:** 40mg | 2% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber: 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 21g | |

| Vitamin A: * | • | Vitamin C: * |
|---|---|---|
| Calcium: 1% | • | Iron: 2% |

*Contains less than 2 percent of the daily value of the nutrient ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

Perishable

Keep Frozen

Do Not Refreeze After Thawing

✓ Farm Raised

Product of China

**Ingredients:**
Tilapia Fillets



APPROVED
**HACCP**



Packed for Market Basket.
Tewksbury, MA




"MORE FOR YOUR DOLLAR"

**MARKET BASKET**®

*Wild Caught, All Natural, Freshly Frozen*

*Flounder*

Net Wt. 16-oz. 454g

# New Bedford Flounder Roll-Ups

- 4 lbs. flounder fillets
- 1 bud garlic
- 12 slices bacon
- 8 cups instant mashed potatoes

Defrost frozen fillets. Rinse and dry. Split fillets into serving pieces. Wrap bacon around fillet and skewer. Place in au gratin dish 2/3 of a cup of mashed potatoes. Top with fillet and broil until bacon and fillet are brown. Turn 2 or more times while broiling, about 10 minutes.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

## Nutrition Facts

Serving size 4 oz. Raw (112g/about 2 filets)
Servings per container: 4

Amount Per Serving
**Calories:** 160  **Calories from Fat:** 50

| | % Daily Value* |
|---|---|
| **Total Fat:** 5g | 8% |
| Saturated Fat: 0g | 0% |
| **Cholesterol:** 50mg | 17% |
| **Sodium:** 40mg | 2% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber: 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 25g | |
| **Vitamin A:** 2% | **Vitamin C:** 4% |
| **Calcium:** 2% | **Iron:** 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Perishable**
•
**Keep Frozen**
•
**Do Not Refreeze After Thawing**

**Ingredients:**
Flounder Fillets




APPROVED HACCP
Packed to government sanitary standards for your safety.

*Product of the USA*
Processed in China.

Packed for Market Basket
Tewksbury, MA

6  10379 42901  4




# Deep Fried Haddock Portions

- 12 frozen raw Haddock fillets (2 1/2 to 3 ounces each)
- Flour • 2 eggs • 1/4 cup milk • bread crumbs • fat for frying
- tartar sauce

Whisk eggs & milk together until smooth. Coat fish fillets with flour. Dip in egg & milk mixture. Coat with bread crumbs. Place in a single layer in a fry basket. Deep fry in oil, 350° F, for 3 to 5 minutes or until fish are brown and flake easily when tested with a fork. Drain on absorbent paper. Serve with a tartar sauce. Makes 6 servings.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

## Nutrition Facts

Serving size: 4 oz. Raw (112g)
Servings per container: 4

**Amount Per Serving**

Calories: 100   Calories from Fat: 5

| | % Daily Value* |
|---|---|
| **Total Fat:** 1g | 2% |
| Saturated Fat: 0g | 0% |
| **Cholesterol:** 80mg | 27% |
| **Sodium:** 85mg | 4% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber: 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 21g | |
| Vitamin A: * | Vitamin C: * |
| Calcium: 2% | Iron: 4% |

* Contains less than 2 percent of the daily value of this nutrient. ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram.
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Ingredients:**
Haddock Fillets


APPROVED HACCP


6  10379 13901  2

**Perishable**

**Keep Frozen**

**Do Not Refreeze After Thawing**

Product of China. Distributed by Channel Fish Processing, Inc. for Market Basket.



# Salmon Croquettes

- 4 tbls. butter or margarine
- 5 tbls. flour
- 1/2 tsp. salt
- 1 c. milk
- 2 c. salmon (flaked)
- 1 tsp. lemon juice
- 1/2 tsp. onion juice
- dash of pepper
- 1 egg (slightly beaten)
- 1 tbls. water
- 1/2 c. bread crumbs
- shortening

Melt butter. Add flour and salt and blend. Stir in milk and cook, stirring constantly until thickened. Remove from heat. Add salmon, lemon juice, onion juice and pepper. Blend well. Spread mixture in shallow pan and chill until stiff. Shape into cylinders; roll in crumbs; then combine egg and water; then roll in crumbs again. Fry in deep hot oil (375°) until browned. Makes 4 servings.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

### Nutrition Facts

Serving size: 4 oz. (110g)
Servings per container: 4

Amount Per Serving

Calories: 133   Calories from Fat: 45

| | % Daily Value* |
|---|---|
| **Total Fat:** 5g | 8% |
| Saturated Fat: 1g | 5% |
| **Cholesterol:** 55mg | 18% |
| **Sodium:** 80mg | 3% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber: 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 22g | |

Vitamin A: 0%   •   Vitamin C: 0%
Calcium: 4%   •   Iron: 6%

*Contains less than 2 percent of the daily value of this nutrient. Percent daily values are based on a 2,000 calories diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Ingredients:**
Salmon Fillets




**Perishable**
•
**Keep Frozen**
•
**Do Not Refreeze After Thawing**

 Farm Raised
 Wild Caught

Product of China. Distributed by Channel Fish Processing, Inc. for Market Basket.



"MORE FOR YOUR DOLLAR"

# MARKET BASKET®

*Wild Caught, All Natural, Freshly Frozen*

## Cod

Net Wt. 16 oz. 454g

# *C*od Cutlets

- 1 pound of cod fillets (cooked & flaked)
- 1 egg (beaten) • 1/2 c. milk • 1/2 tsp. salt • 2 tbls. pickle relish
- 1 c. fine bread crumbs (divided) • 1/4 c. fat

*Blend together cod, egg, milk, salt, relish and 3/4 cup of the bread crumbs. Shape into cutlets; dredge with remaining crumbs. Fry in hot oil until golden brown. Serve with desired sauce. Makes 4 to 6 servings.*

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

## Nutrition Facts

Serving size: 4 oz. Raw (112g)
Servings per container: 4

**Amount Per Serving**

**Calories:** 90   Calories from Fat: 5

| | % Daily Value* |
|---|---|
| **Total Fat:** 1g | 2% |
| Saturated Fat: 0g | 0% |
| **Cholesterol:** 50mg | 17% |
| **Sodium:** 70mg | 3% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 20g | |
| **Vitamin A:** * • | **Vitamin C:** * |
| **Calcium:** * • | **Iron:** 2% |

* Contains less than 2 percent of the daily value of this nutrient. ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Perishable**

**Keep Frozen**

**Do Not Refreeze After Thawing**



**Ingredients:**
Cod Fillets


APPROVED
HACCP

*Product of* 
☑ USA
☐ Russia

Processed in China

Packed for Market Basket
Tewksbury, MA



"MORE FOR YOUR DOLLAR"

# MARKET BASKET®

*Wild Caught, All Natural, Freshly Frozen*

## Pollock



BEST BY DEC 2011

Net Wt. 16 oz. 454g



# Oven Fried Pollock

- 2 lbs. pollock fillets • 1 tbls. salt • 1 c. milk
- 1 c. bread crumbs
- 4 tbls. butter or margarine

Preheat oven to 500°. Cut fillets into serving size portions. Add the salt to milk and mix. Dip fish in milk and roll in bread crumbs. Place in well greased baking pan and pour melted butter or margarine over fish. Place pan on top shelf of hot oven and bake 10 - 12 minutes or until fish flakes easily. Serve immediately on hot platter, plain, or with sauce of your choice.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place fillets on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw fillets in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place fillets on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place fillets on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed fillets in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned fillets in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

NOTE: Fillets are done when easily flaked with a fork.

**Ingredients:**
Pollock Fillets



APPROVED
**HACCP**
Packed to government sanitary standards for your safety

Packed for Market Basket.
Tewksbury, MA

## Nutrition Facts

Serving size: 4 oz. raw (Approx. 2/3 of fillet)
Servings per container: 4

**Amount Per Serving**
Calories: 90   Calories from Fat: 10

| | % Daily Value** |
|---|---|
| **Total Fat:** 1g | 2% |
| Saturated Fat: 0g | 0% |
| **Cholesterol:** 80mg | 27% |
| **Sodium:** 110mg | 5% |
| **Total Carbohydrate:** 0g | 0% |
| Dietary fiber 0g | 0% |
| Sugars: 0g | 0% |
| **Protein:** 20g | |

| Vitamin A: * | • | Vitamin C: * |
|---|---|---|
| Calcium: * | • | Iron: 2% |

*Contains less than 2 percent of the daily value of this nutrient. **Percent daily values are based on a 2,000 calories diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
| Protein | | 50g | 65g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Perishable**
•
**Keep Frozen**
•
**Do Not Refreeze After Thawing**

**Product of the USA**

Processed in China.



# Bay Scallops Provencal

- 1 - 1/2 lbs. bay scallops
- seasoned flour
- 6 tbls. olive or salad oil
- 1 or 2 garlic cloves (minced)
- salt & pepper to taste • 1/2 c. chopped parsley

Defrost scallops; dust with seasoned flour. Heat oil; add scallops and garlic; cook quickly, tossing to brown evenly. Add salt and pepper to taste. Remove from heat; add parsley; toss to coat scallops evenly. Makes 4 servings.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place scallops on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw scallops in microwave on the defrost cycle

### To Bake:
Preheat oven to 400° F. Place scallops on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place scallops on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed scallops in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned scallops in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

## Nutrition Facts

Serving size: 4 oz. Raw (112g)
Servings per bag: 3

**Amount Per Serving**
Calories: 91   Calories from Fat: 7

|  | | % Daily Value* |
|---|---|---|
| **Total Fat:** | 1g | 2% |
| Saturated Fat: | 1g | 2% |
| Trans Fat: | 0g | 0% |
| **Cholesterol:** | 37mg | 12% |
| **Sodium:** | 182mg | 8% |
| **Total Carbohydrate:** | 2g | 1% |
| Dietary fiber | 0g | 0% |
| Sugars: | 0g | 0% |
| **Protein:** | 17g | |
| Vitamin A: 0% | • | Vitamin C: 6% |
| Calcium: 2% | • | Iron: 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

|  | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

Perishable
■
Keep Frozen
■
Do Not Refreeze After Thawing

*Ocean Farm Raised*

*Product of China*



**Ingredients:**
Bay Scallops


APPROVED HACCP

Packed for Market Basket.
Tewksbury, MA

Case 1:10-cv-10259-NG  Document 1-2  Filed 02/16/10  Page 16 of 17

"MORE FOR YOUR DOLLAR"

# MARKET BASKET®

*Wild Caught, All Natural, Freshly Frozen*

## Sea Scallops

Net Wt. 12 oz. 3/4 lb.

# Broiled Sea Scallops

- 2 lbs. sea scallops
- 1 c. milk
- dry bread crumbs
- 2 tbls. butter

Dip scallops in milk and roll in bread crumbs. Place one layer deep in a greased shallow pan, dot with butter and broil 2 inches from source of heat 3 minutes, or until browned, turning frequently. Serve with melted butter and lemon wedges. Makes 6 servings.

## Suggested Thawing and Cooking Instructions:

### To Thaw:
Place scallops on plate and cover with plastic wrap. Place in refrigerator 3-4 hours before use. Or thaw scallops in microwave on the defrost cycle.

### To Bake:
Preheat oven to 400° F. Place scallops on a greased baking dish. Brush with melted butter or oil and season to taste. Bake for approximately 20 minutes at 400° F depending on thickness.

### To Broil:
Pre-heat broiler. Place scallops on greased broiler rack and brush with melted butter or oil and season to taste. Broil 4 inches from heat, 6 minutes per side depending on thickness.

### To Pan Fry:
Dip thawed scallops in seasoned flour. Fry in 4 tablespoons of oil in a heavy skillet over medium heat until golden brown on each side, for about 3-5 minutes per side.

### To Microwave:
Place seasoned scallops in a microwave safe dish and brush with butter or oil and cover. Cook on high for 5-6 minutes depending on thickness. Rotate half way through cooking time. Let stand 2 minutes.

## Nutrition Facts

Serving size: 4 oz. Raw (112g)
Servings per bag: 3

**Amount Per Serving**
Calories: 99   Calories from Fat: 9

| | | % Daily Value* |
|---|---|---|
| **Total Fat:** | 1g | 2% |
| Saturated Fat: | 1g | 2% |
| Trans Fat: | 0g | 0% |
| **Cholesterol:** | 41mg | 14% |
| **Sodium:** | 99mg | 4% |
| **Total Carbohydrate:** | 1g | 0% |
| Dietary fiber | 0g | 0% |
| Sugars: | 0g | 0% |
| **Protein:** | 19g | |

Vitamin A: 0%   •   Vitamin C: 2%
Calcium: 2%   •   Iron: 0%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat: 9 • Carbohydrate: 4 • Protein: 4

**Perishable**

**Keep Frozen**

**Do Not Refreeze After Thawing**

**Ingredients:**
Sea Scallops


APPROVED HACCP

Product of ☐ USA
☐ Canada

Packed for Market Basket.
Tewksbury, MA

6 10379 73001 1