# EXHIBIT 2

# GS1 Company Prefix Certificate

Issued and Registered to:

## Channel Fish Processing Co., Inc.

("Company")

GS1 Company Prefix:   **0610379**
For use in creating:

• Global Trade Item Number (GTIN)  •  Serial Shipping Container Code (SSCC)
• Asset Identification: Global Individual Asset Identifier (GIAI) and Global Returnable Asset Identifier (GRAI)
• Additional Global Location Number (GLN)  •  Global Service Relation Number (GSRN)

*Legal Entity GLN:*  **0610379000008**

*When creating a U.P.C. bar code, use:*

*U.P.C. Company Prefix:*  **610379**

*Dennis W. Harrison*

Dennis W. Harrison, President
GS1 US BarCodes and eCom ™

Printed Date:   **1/22/2010**

The GS1 Company Prefix and the corresponding U.P.C. Company Prefix ("the Prefixes") are assigned for the sole and exclusive use of the registrant and are restricted to the member to whom they are issued. Only one company may use the Prefixes. Any other use of the Prefixes is prohibited, including but not limited to renting, leasing or subdividing all or a portion of the Prefixes. Upon the sale of a company, division, or product line, Company shall forward a letter signed by both parties to the transaction or a copy of the legal agreement to evidence that the Prefixes were part of such sale before GS1 US may, in its sole discretion, change its official registration for any Prefixes involved in the sale.



**Required Notification of Your Company Changes**

If any of the following changes occur you must promptly contact the GS1 US Customer Service Team:

• Company name change
• Change of address, phone or fax

• Change in Key Contact, Chief Executive
• Change in company ownership

**GS1 US, Customer Service Team**, 7887 Washington Village Drive, Suite 300, Dayton, OH 45459• **Voice:** +1 937.435.3870• **Fax:** +1 937.435.7317
**Email:** DMaintenance@gs1us.org • **Web:** www.gs1us.org